COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



ALBERTINA VALDEZ,


 Appellant,


v.


RAMON VALDEZ,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00271-CV



Appeal from the


383rd District Court 


of El Paso County, Texas


(TC# 2006CM1915)


MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss the appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellant has complied with the requirements of Rule 42.1(a)(1), and
having considered the motion, we conclude it should be granted, because no party will be denied
relief to which it would otherwise be entitled. Therefore, we grant Appellant's motion to dismiss
and dismiss the appeal with prejudice. Costs will be taxed against Appellant. See Tex.R.App.P.
42.1(d).


 GUADALUPE RIVERA, Justice

January 8, 2009


Before Chew, C.J., McClure, and Rivera, JJ.